IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JESSE D. JAMES**                                                                       **PLAINTIFF**

**vs.**                        **CASE NO. 4:07CV001211 JMM**

**DASSAULT FALCON JET CORP.**                                **DEFENDANT**

## ORDER OF DISMISSAL

     Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The Trial set for the week of February 17, 2009 is removed from the calendar.

     The complaint and all claims in this action are hereby dismissed with prejudice.

     The Court retains complete jurisdiction for 90 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

     IT IS SO ORDERED this __9__ day of __February__, 2009.


                                                               _/s/ James M. Moody_
                                                               James M. Moody
                                                               United States District Judge